E-FILED
Monday, 07 April, 2025  04:51:30 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION**

| | |
|---|---|
| **GABRIEL BOU NATER,** individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**<br><br>        Defendant. | Case No. 1:23-cv-01408- JEH |

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed by and between Plaintiff and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted by Plaintiff against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.  All claims of the putative class are hereby dismissed without prejudice.

Dated:  April 7, 2025

*/s/ Mona Amini*
Mona Amini, Esq.
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
mona@kazlg.com

*Counsel for Plaintiff*

*/s/ James P. Gaughan*
James P. Gaughan
RILEY SAFER HOLMES & CANCILA LLP
1 South Dearborn Street, Suite 2200
Chicago, IL  60603
Telephone:     312.471.8700
jgaughan@rshc-law.com

*Counsel for State Farm Mutual Automobile Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a copy of the foregoing was filed electronically in the ECF system and served on all parties of record via electronic mail.

*/s/ Mona Amini*
Mona Amini, Esq.
KAZEROUNI LAW GROUP, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
mona@kazlg.com

*Attorney for Plaintiff*